# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:22-cr-142 |
| Ryan Laron Rattler, | ) | |
| | ) | |
| Defendant. | ) | |

On July 26, 2024, Defendant filed a notice of substitution of counsel. (Doc. No.44). Therein he advised that he has retained attorney Philip Becher. Accordingly, attorney Philip Becher shall be substituted as counsel of record for Defendant. Defendant's court-appointed counsel, attorney Ashley Gulke, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 26th day of July, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court